THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Anthony Jay
 Elrod, Appellant.
 
 
 

Appeal From York County
 G. Thomas Cooper, Jr., Circuit Court
 Judge
Unpublished Opinion No.   2008-UP-308
Submitted June 1, 2008  Filed June 12,
 2008
DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, South Carolina Commission on Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia; and Solicitor Kevin Scott
 Brackett, of York, for Respondent.
 
 
 

PER CURIAM: Anthony
 Elrod appeals from his guilty plea to escape,
 contending the circuit court committed reversible error in accepting Elrods
 plea without obtaining a waiver of his right to confrontation, thereby failing
 to comply with the mandates of Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and
 counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967),
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Elrods
 appeal and grant counsels motion to be relieved.[1]
DISMISSED. 
HEARN,
 C.J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.